# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fox Sports Net Minnesota, LLC,
a Delaware limited liability
company,

Case No. Civil 01-961 DSD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, its Chief
Operating Officer,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for summary judgment on defendants' counterclaims II-V is granted and defendants' counterclaims II-V are dismissed with prejudice.

Defendants' motion for summary judgment on plaintiff's claims III-VII is granted and plaintiff's claims III-VII are dismissed with prejudice.

DATE: July 9, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

83