# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Fox Sports Net Minnesota, LLC,
a Delaware limited liability company,

Case No. Civil 01-961 DSD/SRN
AMENDED
**JUDGMENT IN A CIVIL CASE**

v.

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, it Chief
Operating Officer,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion to clarify judgment is granted.

The Minnesota Twins will be entitled to 25 percent additional royalties provided for in Article V, Section 5.1 of the 1998 Telecast Agreement for each of the 2001, 2002 and 2003 baseball seasons if the Minnesota Twins exercise their lease option for the Metrodome for the 2003 baseball season prior to December 1, 2002.

The judgment entered on July 9, 2002 is vacated.

Defendants' motion for entry of final judgment pursuant to Fed.R.Civ.P. 54(b) is denied.

Entry of judgment on all claims and counterclaims is hereby entered pursuant to order of the Court.

DATE: July 18, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

87