UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-961(DSD/SRN)

Fox Sports Net Minnesota, LLC,
a Delaware limited liability
company,

Plaintiff,

v. **ORDER**

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, its Chief
Operating Officer,

Defendants.

Barbara P. Berens, Esq., John D. Bessler, Esq. and Kelly & Berens, 3720 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for plaintiff.

Roger J. Magnuson, Esq., Peter W. Carter, Esq., Andre Hanson, Esq., and Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402, counsel for defendants.

This matter is before the court upon the request of Fox Sports Net Minnesota, LLC ("Fox") to supplement the record with (1) defendants' supplemental responses, (2) an e-mail from Eric Curry of the Minnesota Twins to Kevin Cattoor and Mark Sharockman and (3) an exchange of e-mails between Curt Pires at ESPN and Kevin Cattoor. After a careful review of the file, record and proceedings herein, the court concludes that Fox adequately explained why the materials were not included with earlier motion

FILED 7-19-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

papers and that the materials would shed light upon the merits of the dispute. See Surdyk's Liquor, Inc. v. MGM Liquor Stores, Inc., 83 F. Supp. 2d 1016, 1020 (D. Minn. 2000)(cross-motions to supplement the record granted where parties adequately explained why materials were not included with earlier motion papers and where information would shed light upon the merits). Accordingly,

**IT IS HEREBY ORDERED** that Fox's request to supplement the record is granted.

Dated: July 19, 2002

David S. Doty, Judge
United States District Court