UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------

Fox Sports Net Minnesota, LLC,
a Delaware limited liability
company,

Plaintiff,

v.

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, its Chief
Operating Officer,

Defendants.

-----------------------------------------------------

Case No. 01-CV-961 DSD/SRN

**STIPULATION AND ORDER TO AMEND THE CAPTION**

The parties through their respective counsel hereby stipulate and agree that henceforth the caption of the above-captioned case shall be:

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----------------------------------------------------

Fox Sports Net North, LLC,
a Delaware limited liability
company,

Plaintiff,

v.

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, its Chief
Operating Officer,

Defendants.

-----------------------------------------------------

Case No. 01-CV-961 DSD/SRN

FILED 7-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Dated: 7-16-02

KELLY & BERENS, P.A.

By: 

Barbara P. Berens, #209788
John D. Bessler, #218418
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Plaintiff***

Dated: 7/18/02

DORSEY & WHITNEY

By: 

Roger J. Magnuson, #0066461
Peter W. Carter, #0227985
Andre Hanson, #0258234
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

***Attorneys for Defendants***

**ORDER**

Based upon the foregoing Stipulation, it is SO ORDERED.

Dated: 7/22/02

BY THE COURT:

David S. Doty
U.S. District Court Judge