UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fox Sports Net North, LLC,
a Delaware limited liability
company,

Plaintiff,

v.

Minnesota Twins Partnership,
a Minnesota general partnership,
and Kevin Cattoor, its Chief
Operating Officer,

Defendants.

---

Case No. 01-CV-961 DSD/SRN

**ORDER APPROVING SUPERSEDEAS BOND**

The above captioned matter came on before the undersigned on Plaintiff's Motion to Approve Supersedeas Bond based upon all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to approve the filing of a Supersedeas Bond in the amount $1,760,731.50 is granted.

2. Plaintiff shall file a supersedeas bond in the amount of $1,760,731.50 forthwith, at which time the judgment entered July 18, 2002 will be stayed.

Dated: 8/19/02

Hon. David S. Doty
United States District Court Judge

FILED 8-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______