UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fox Sports Net North, LLC, a Delaware limited liability company,

Plaintiff,

v.

Minnesota Twins Partnership, a Minnesota general partnership, and Kevin Cattoor, its Chief Operating Officer,

Defendants.

Civil File No. 01-CV-961 DSD/SRN

**STIPULATION AND ORDER TO RELEASE SUPERSEDEAS BOND**

It is hereby stipulated, by and between Plaintiff Fox Sports Net North, LLC ("Fox") and Defendants Minnesota Twins Partnership ("Twins") and Kevin Cattoor, through their undersigned counsel, that the Court may order the release of the Supersedeas Bond, issued in favor of Defendants in the amount of $1,760,731.50, to Fox. It is expressly agreed by the parties that the rate and amount of interest due and payable by Fox to the Twins on this amount remains in dispute and is not hereby released or settled.

Dated: October 20, 2003

KELLY & BERENS, P.A.

By Barbara P. Berens
Barbara P. Berens #209788
John D. Bessler #218418

3720 IDS Center
Minneapolis, MN 55402
Telephone: (612) 349-6171
Attorneys for Plaintiff

FILED OCT 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: October 20, 2003

DORSEY & WHITNEY LLP

By ______________________

Roger J. Magnuson #0066461
Peter W. Carter, Esq. #0227985
Andre Hanson #0258234
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendants

**ORDER**

So ordered.

BY THE COURT:

Dated: 10/21/03

______________________
Hon. David S. Doty
United States District Court Judge