AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Fox Sports Net North, LLC, a Delaware limited liability company

V.

Minnesota Twins Partnership, a Minnesota general partnership, and Kevin Cattoor, its Cheif Operating Officer

## JUDGMENT IN A CIVIL CASE

Case Number: 01-961 DSD/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant's motion for an award of contractual interest [101-1] is granted as modified. 2. The clerk shall enter judgment in favor of defendant and against plaintiff in the amount of $264,287.50.

February 25, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk